JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENGTENG YU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00878-FLA (ADSx)<br><br>**ORDER DISMISSING ACTION [DKT. 17]** |

1

On January 6, 2023, Plaintiff Tengteng Yu ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a) or (c). Dkt. 17. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED. The stay of this action is LIFTED.

    2. The court DISMISSES the action in its entirety.

IT IS SO ORDERED.

Dated: January 10, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge